949-15

# ELECTRONIC RECORD

COA #   05-13-01479-CR                    OFFENSE:   29.03

STYLE:   Zachariah Arthur Williams v. The
State of Texas                            COUNTY:   Dallas

COA DISPOSITION:   AFFIRMED               TRIAL COURT:   Criminal District Court No. 3

DATE: 06/23/15              Publish: NO   TC CASE #:   F-1353277-J

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Zachariah Arthur Williams v. The
State of Texas                            CCA #:   949-15

_____PRO SE_____ Petition              CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED)_____                      JUDGE: _____

DATE: __11/04/2015__                       SIGNED: _____   PC: _____

JUDGE: _____                    PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD